IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICK JEFFERSON PAVON AVELLAN,<br><br>   *Petitioner*,<br><br> v.<br><br>KRISTI NOEM *et al.,*<br><br>   *Respondents*. | Civil Action No. 3:26-cv-00059-KAP |

## CASE MANAGEMENT ORDER

AND NOW, this 30th day of January 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service.

5. **The Rule and Order at ECF No. 2 is vacated.**

                 BY THE COURT:

                 */s/ Keith A. Pesto*
                 KEITH A. PESTO
                 UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.